**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNG YIL JO, | CV F 06 0584 OWW WMW P |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| GEORGE W. BUSH, et al., | |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Institution in Waseca, Minnesota. To date, plaintiff has filed more than thirty civil cases in this district. Most of the cases were filed in 2003 and 2004. Twelve of the cases were transferred to the United States District Court for Minnesota because venue was improper in this district.[1] Based on those transfers, plaintiff is on notice that cases in which the named defendants are T. C. Outlaw, George W. Bush, Bill Clinton, John Ashcroft, and/or Janet Reno should not be filed in this district. Plaintiff's persistence in

---

[1] The court takes judicial notice of the court records in CV-F-03-5023 OWW TAG P Jo v. Bush, CV-F-03-5168 REC LJO P Jo v. Outlaw, CV-F-03-5281 AWI LJO P Jo v. Outlaw, CV-F-03-5544 AWI HGB P Jo v. Outlaw, CV-F-03-5799 REC SMS P Jo v. Outlaw, CV-F-03-5913 OWW LJO P Jo v. Outlaw, CV-F-03-6115 REC DLB P Jo v. Outlaw, CV-F-03-6301 OWW LJO P Jo v. Outlaw, CV-F-03-6519 AWI SMS P Jo v. Bush, CV-F-04-5223 AWI SMS P Jo v. Bush, CV-F-04-5381 OWW HGB P Jo v. Bush, and CV-F-04-5825 OWW LJO P Jo v. Bush.

1

1  filing cases in this district despite the lack of proper venue is in bad faith and is vexatious.[2]  For this
2  reason, the court declines to transfer this case and shall instead dismiss it, without prejudice.  <u>Costlow</u>
3  <u>v. Weeks</u>, 790 F.2d 1486, 1488 (9th Cir. 1986) (court may raise defective venue sua sponte).
4       Accordingly, this action is HEREBY ORDERED DISMISSED, without prejudice, for lack of
5  venue.

12 IT IS SO ORDERED.

13 **Dated:    June 16, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                                    UNITED STATES DISTRICT JUDGE

---

[2] As further evidence of plaintiff's bad faith and vexatiousness, the court takes judicial notice of the court records in case numbers CV-F-04-5298 AWI SMS P <u>Jo v. Bush</u>, CV-F-04-5336 REC LJO P <u>Jo v. Bush</u>, CV-F-04-5540 OWW SMS P <u>Jo v. Holderman</u>, CV-F-04-5800 OWW WMW P <u>Jo v. Bush</u>, CV-F-04-5865 AWI WMW P <u>Jo v. Bush</u>, CV-F-04-5934 REC SMS P <u>Jo v. Bush</u>, CV-F-04-5962 REC DLB P <u>Jo v. Bush</u>, CV-F-04-5985 OWW LJO P <u>Jo v. Bush</u>, CV-F-04-6064 AWI WMW P <u>Jo v. Bush</u>, CV-F-04-6087 AWI DLB P <u>Jo v. Bush</u>, CV-F-04-6273 AWI LJO P <u>Jo v. Bush</u>, CV-F-04-6356 OWW SMS P <u>Jo v. Bush</u>, CV-F-04-6411 AWI WMW P <u>Jo v. Bush</u>, CV-F-04-6521 OWW DLB P <u>Jo v. Bush</u>, CV-F-04-6543 OWW DLB P <u>Jo v. Bush</u>, and CV-F-04-6576 AWI DLB P <u>Jo v. Bush</u>.  These sixteen cases were dismissed on the same ground that the instant action is dismissed - lack of venue where plaintiff is already on notice that venue is incorrect in this district.